JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER LANGE, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CHARTER COMMUNICATIONS, INC., a Missouri corporation, and DOES 1-10,<br><br>　　　　　　Defendants. | Case No.: CV 16-542-DMG (ASx)<br><br>**ORDER RE: PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE [14]** |

　　　Pursuant to Plaintiff Peter Lange's request, this action is dismissed in its entirety, with prejudice.

DATED: December 5, 2016

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE